# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4054
_____

DARIUS ANTWAN PRINCE,

Petitioner,

v.

TANYA MONIQUE ALDEN-PAGE,
and State of Florida,
DEPARTMENT OF REVENUE,

Respondents.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


March 11, 2019


PER CURIAM.

The petition for writ of mandamus is denied on the merits.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Darius Antwan Prince, pro se, Petitioner.

No appearance for Respondents.